## FLANCHER v. STATE.
### No. 18805.

Court of Criminal Appeals of Texas.
Feb. 17, 1937.

Clower & Sewell, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for transporting casinghead gasoline without a manifest, punishment being confinement in jail for thirty days and a fine of $500.

No statement of facts or bills of exception accompany the record. Nothing is presented for review.

The judgment is affirmed.